# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
708 Third Avenue – 6th Floor
New York, New York 10017

Telephone (212) 209-3933
Facsimile (212) 209-7102
Email: info@jcpclaw.com

February 15, 2019

**BY ECF**

Hon. Henry B. Pitman, U.S.M.J
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:     *Calderon, et al. v. CJS Wholesalers Inc., et al.*
                *Case No. 17-CV-6154 (HBP)*

Dear Judge Pitman,

    We are counsel to the plaintiffs in the above-referenced matter. In accordance with the Court's January 23, 2019 Order [Dkt. #24], the parties have agreed to simply strike the Non-Disparagement, No Re-Entry, and No Future Employment provisions from the revised settlement agreement ("Agreement") in their entirety.[1] Plaintiffs have been informed of the revisions to the Agreement.

    For the reasons more fully set forth in the parties' original fairness letter, we respectfully request that the Court find that the settlement is fair and reasonable and enter the previously provided Stipulation and Order of Dismissal.

    We thank the Court for its continued attention to this matter.

                                    Respectfully submitted,

                                    Justin Cilenti

Enclosure

cc: Michael K. Chong, Esq. (by ECF)

---

[1] *See* paragraphs F, H, and I on pages 5 and 6 of the attached Agreement.